UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON ACKERSON, | No. 2:21-cv-2205 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| ELLIOTT, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding pro se. On January 9, 2023, nonparty Leonard Ransom, Jr., purported to file a motion to intervene in a putative discovery dispute in this action. Mr. Ransom was previously assisting plaintiff in the preparation of court filings but was transferred to a different prison on December 6, 2022. Mr. Ransom appended his declaration attesting that in mid-November he served interrogatories on counsel for defendants, and now such counsel "is implying" that she never received the interrogatories.

    However, no discovery motion is pending in this action. Moreover, Mr. Ransom did not file a certificate of service attesting to service of his proposed filing on either plaintiff or counsel for defendants. The nonparty's motion is denied and his declaration is disregarded.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The January 9, 2023 motion to intervene is denied; and

////

1

2. The nonparty's declaration is disregarded.

Dated: January 12, 2023

/acke2205.nonp

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2