UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON ACKERSON,<br><br>            Plaintiff,<br><br>      v.<br><br>ELLIOTT, et al.,<br><br>            Defendants. | No.  2:21-cv-2205 WBS KJN P<br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983.  On November 28, 2023, defendants were ordered to provide plaintiff the opportunity to review video footage relevant to plaintiff's excessive force claims and file a notice confirming what footage was provided and the date plaintiff completed his review.  In response, defendants provided a copy of the litigation coordinator's email stating that on November 13, 2023, plaintiff refused to view the video footage, telling the officer plaintiff knew what was on the video and did not want to view it.  (ECF No. 51 at 11.)  Plaintiff refused to sign the 128b chrono confirming such refusal.  (Id.)  Defendants also provided a copy of their letter to plaintiff explaining that the video provided contains evidence from after the use of force, and that because the use of force took place inside plaintiff's cell, no video of the incident exists.  (ECF No. 51 at 8-9.)  Such letter also recounted the discovery requests propounded by plaintiff and the dates defendants responded.  (ECF No. 51 at 9.)  Defendants also provided counsel's declaration.  (Id. at 4-5.)

1

1    Plaintiff was granted leave to file an amended opposition in consideration of his viewing
2 the video footage.  Because plaintiff chose not to view the video footage, it appears that no
3 amended opposition is required.  Plaintiff is directed to show cause why defendants' motion for
4 summary judgment should not be submitted for decision without an amended opposition.
5    Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this
6 order, plaintiff shall show cause why defendants' motion for summary judgment should not be
7 submitted for decision.
8 Dated:  December 11, 2023

/acke2205.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE