UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON ACKERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ELLIOTT, et al.,<br><br>    Defendants. | No.  2:21-cv-2205 WBS KJN P<br><br><br>ORDER |

   Plaintiff is a state prisoner, proceeding pro se.  On January 10, 2024, counsel for defendants filed a motion for reconsideration providing evidence that plaintiff was not a pretrial detainee at the time of the January 26, 2021 incident at issue herein.  Rather, plaintiff was convicted on August 19, 2019, of premeditated attempted murder and sentenced to 53 years, 4 months to life in state prison.  (ECF No. 56 at 4, 7, 10.)  Thus, Eighth Amendment standards apply to plaintiff's claims herein.  Therefore, the undersigned vacates the January 6, 2024 order, and reinstates the motion for summary judgment (ECF No. 41) which is submitted for decision.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  Defendants' motion for reconsideration (ECF No. 56) is granted;

   2.  The January 5, 2024 order (ECF No. 55) is vacated;

   3.  The modification to the screening order (ECF No. 15) is vacated, and plaintiff's claims remain analyzed under the Eighth Amendment; and

1

4. Defendants' motion for summary judgment (ECF No. 41) is reinstated and submitted for decision.

Dated: January 12, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/acke2205.vac2