1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ELTON ACKERSON,                          No.  2:21-cv-2205 WBS KJN P

12              Plaintiff,

13         v.                                  <u>ORDER</u>

14   ELLIOTT, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On January 22, 2024, the magistrate judge filed findings and recommendations herein

21   which were served on all parties, and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.

23         On February 8 and 22, 2024, plaintiff filed objections to the January 12, 2024 order

24   finding that at the time of the incidents herein, plaintiff was a convicted felon, not a pretrial

25   detainee, and therefore plaintiff's claims are governed by the Eighth Amendment, not the

26   Fourteenth Amendment.  However, in such objections, plaintiff does not dispute that he was

27   convicted on August 19, 2019, or otherwise demonstrate that he was a pretrial detainee and not a

28   convicted felon on January 6, 2021.  Plaintiff's custody status at the time of the alleged incident

1

1  governs how the court evaluates plaintiff's claims.  Thus, plaintiff's requests for reconsideration

2  are denied.

3       Although plaintiff's February 20, 2024 objections are styled "Objection to 1-12-24 order

4  in its entirety," the Court also construes the filing as plaintiff's objections to the findings and

5  recommendations.  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

6  304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

7  file, the court finds the findings and recommendations to be supported by the record and by

8  proper analysis.

9       Accordingly, IT IS HEREBY ORDERED that:

10      1.  Plaintiff's requests for reconsideration (ECF Nos. 61 & 62) are denied;

11      2.  The findings and recommendations (ECF No. 60) are adopted in full;

12      3.  Defendants' motion for summary judgment (ECF No. 41) is granted; and

13      4.  This action is terminated.

14  Dated:  February 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

18  /acke2205.805

2